*Hansel Blvd Long EDZU hall*

PROCESS RECEIVED: 3/25/2016  2:47:00PM

**Orange County Sheriffs Office**
**Return of Service**

RETURN DAYS:        21
RETURN DATE:
SHOW CAUSE DATE:
WRIT #:              1008112
CIV-OOC SUMMONS

| | |
|---|---|
| CASE: | 316CV329J25MR |
| COURT: | Civil |
| COUNTY: | Distric Court |

SERVE TO:        DCN HOLDINGS, INC. C/O BROWN, KARLA L.
                 R.A

HOME ADDRESS:

***** DO NOT POST**

BUSINESS ADDRESS:   5517  HANSEL AVE
                    ORLANDO, FL 32809

MAIL TO:    TAYLOR J. KING
            5452 ARLINGTON EXPY
            JACKSONVILLE, FL 32211

| | |
|---|---|
| SERVER: | CO25 |
| ENTERED BY: | NDP |
| FEE CODE: | 23 |
| Fee/Xfee: | $ 40.00 |
| WITNESS FEE: | $ 0.00 |
| OVERPAYMENT: | $ 0.00 |
| LEVY DEPOSIT: | $ 0.00 |

SERVICE INFORMATION: (407) 836-4570 (9AM - 1PM)

PLAINTIFF:  BRANDON COBB
DEFENDANT:   DCN HOLDINGS, INC.
TOTAL AMOUNT DUE:     $ 0.00      Daily Interest:    $ 0.00

SERVED THIS PROCESS AT 1204 , ON 3-29-16 IN ORANGE COUNTY, FLORIDA, BY:

[ ] INDIVIDUAL SERVICE: By delivering to the within named individual a true copy of this process, with any attachments provided, and informing the individual of their contents.

[ ] SUBSTITUTE SERVICE: By leaving a true copy of this process, with any attachments provided, and informing the individual of their contents, at the within named person's usual place of abode with a resident fifteen years of age or older to wit:

_____ ,Name                          Relation:  _____

[X] CORPORATE SERVICE: By delivering a true copy of this process, with any attachments provided, to:

*Anthony Pellino* Name                          *employee* Title

as President, Vice President, or other head of the corporation; or in their absence, the cashier, treasurer, secretary, or general manager; or in their absence, any officer or business agent residing in the state; or the registered agent; or an employee at the corporation's place

[ ] POSTED SERVICE: By attaching a copy of this process, with a copy of any attachments provided, to a conspicuous place on the property described within.  Neither the tenant(s) nor a resident 15 years old or older could be found a the tenant's usual place of residence, after 2 attempts, at least 6 hours apart.

[ ] OTHER: By delivering a true copy of this process, with any attachments provided, to

_____ , as _____.

[ ] NON-SERVICE: And hereby return same unserved on: _____(date) for the reason that after diligent search and inquiry, the within named could not be found in Orange County, Florida, or for reasons specified below:

EXPLANATION:

**SERVICE ATTEMPTS**

| Date/Time |
|---|
| |
| |
| |
| |

**SHERIFF OF ORANGE COUNTY, FLORIDA**

RECEIVED BY

OFFICER                                        ID#

*1008112*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| BRANDON COBB<br>LACIE COBB | ) | |
| _Plaintiff_ | ) ) ) | Civil Action No.  3:16-cv- 329-J-25MCR |
| v. | ) | |
| DCN HOLDINGS, INC. d/b/a ACCOUNTS<br>RECEIVABLE | ) ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   DCN HOLDINGS, INC.
c/o Karla L. Brown, Registered Agent
5517 Hansel Avenue
Orlando, FL 32809

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Taylor J. King, Esq.
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expressway
Jacksonville, FL 32211

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:  3/21/2016

_Signature of Clerk or Deputy Clerk_